## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Anthony R Dilla | ) | CASE NO. 23-01916 |
| | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:   Friday May 26, 2023 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | |

### NOTICE OF MOTION

TO: See attached list

**PLEASE TAKE NOTICE** that on **Friday May 26, 2023 at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, either in **Courtroom 615** of the **Everett McKinley Dirksen United States Courthouse**, at **219 South Dearborn Street, Chicago, IL 60604** or **electronically** as described below and present the **TRUSTEE'S Motion for Rule 2004 Examination of the Debtor**, a copy of which is attached.

**All parties in interest, including the movant, may appear for presentment of the motion either in person or electronically (Audio Appearance Only) using Zoom for Government.**

**You may appear electronically by Zoom or telephone.**

**To appear by video,** use this link: https://zoomgov.com/. Then enter the meeting and ID password. **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. This meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Frank J. Kokoszka

# CERTIFICATE OF SERVICE

I, Frank J. Kokoszka, hereby certify that on May 19, 2023, a true and correct copy of the Chapter 7 Trustee's **MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, including Debtor's counsel and the Office of the U.S. Trustee on May 19, 2023.

William J Factor on behalf of Plaintiff Larry Piemonte
wfactor@wfactorlaw.com,
wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com

Megan Holmes on behalf of Debtor 1 Anthony R Dilla
mholmes@semradlaw.com, ilnb.courtview@SLFCourtview.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Michael A Miller on behalf of Debtor 1 Anthony R Dilla
mmiller@semradlaw.com, ilnb.courtview@SLFCourtview.com

Janna L Quarless on behalf of Debtor 1 Anthony R Dilla
jquarless@semradlaw.com, ilnb.courtview@SLFCourtview.com

**VIA US MAIL**

Anthony Dilla
441 South Harvard Ave
Addison, IL 60101

Dated: May 19, 2023

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436)
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603
(312) 443-9600 phone
(312) 254-3156 fax; fkokoszka@k-jlaw.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-01916 |
| Anthony R. Dilla | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday, May 26, 2023 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | |

**TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF DEBTOR**

Frank J. Kokoszka, as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Anthony R. Dilla ("Debtor"), by his attorneys, hereby moves this Honorable Court, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and the local rules for the U.S. Bankruptcy Court for the Northern District of Illinois, for leave to examine the Debtor and to conduct discovery pursuant to Bankruptcy Rule 2004 including the request for production of documents and if necessary the issuance of subpoena. In support thereof, Trustee states as follows:

1.  This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2.  Venue of the Case and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3.  Debtor commenced this case on February 14, 2023 (the "Petition Date") by filing a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy

Code"). Frank J. Kokoszka was appointed as the chapter 7 trustee herein and continues to serve as the duly appointed Trustee.

4. The Initial Meeting of Creditors was scheduled for March 13, 2023. The Meeting of Creditors was continued to March 27, 2023.

5. The Trustee needs to investigate the Debtor's financial matters, including possible transfers to family members.

6. Bankruptcy Rule 2004 provides, in pertinent part, that "the court may order the examination of any entity…The examination of any entity under this rule…may relate only to the acts, conducts, or property or to the liabilities and financial condition of the debtor or to the debtor's right to a discharge. …"

7. It is necessary for the proper administration of the Estate for the Trustee to conduct an examination of the Debtor and to obtain any documents within the possession and/or control of the Debtor pertaining to the Debtor's acts, conducts, or property or to the liabilities and financial condition of the debtor or to the Debtor's right to discharge.

WHEREFORE, Frank J. Kokoszka, as chapter 7 trustee, respectfully moves this Honorable Court to enter the proposed Order and grant him leave to examine the Debtor pursuant to Bankruptcy Rule 2004 and to conduct discovery including the request for production of documents and records and if necessary issuance of subpoena, and grant such other and further relief as this Court deems proper and necessary.

                                                    Respectfully submitted,

Dated: May 19, 2023                                      By: */s/ Frank J. Kokoszka*
                                                               Frank J. Kokoszka, Chapter 7 Trustee

Frank J. Kokoszka, Esq. ARDC #6201436
KOKOSZKA & JANCZUR, P.C.;19 South LaSalle Street, Suite 1201
Chicago, IL 60603; (312) 443-9600 phone; (312) 254-3156 fax
fkokoszka@k-jlaw.com